COMMONWEALTH *v.* BUD DAVIS, ALIAS WINCHESTER.

**Criminal Law—Indictment—Proof.**
> Where the commonwealth accuses one of violating the statute in carrying concealed a particular kind of deadly weapon, while it is not necessary to have stated the kind of weapon, if it has done so it must be proven as pleaded.

APPEAL FROM CUMBERLAND CRIMINAL COURT.

September 3, 1878.

OPINION BY JUDGE PRYOR:

While the offense is neither lessened nor aggravated by the character of the weapon concealed, if in violation of the statute, still

the commonwealth has accused the appellee of violating the statute in carrying concealed a particular kind of deadly weapon, and this was the issue to be passed on by the jury. While the particular kind of knife was not necessary to be stated, the commonwealth has made it essential by the specific allegation that the deadly weapon was a bowie knife. This rule of pleading and practice is well established, and the court below acted properly in refusing the instruction asked by the attorney for the commonwealth.

Judgment *affirmed.*

*Moss, for appellant.*